IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALL CHILDREN'S HOSPITAL, INC.,<br><br>Defendant. | No. 13 Civ. 08558 (JSR)<br><br>**ECF Case** |

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Eli B. Richlin dated December 26, 2013, and the exhibits annexed thereto, the accompanying memorandum of law, and all other papers and proceedings herein, plaintiff Citigroup Global Markets Inc. will move this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, on February 3, 2013 at 5:00 p.m. or at such other date and time as determined by the Court, at the United States Courthouse, Courtroom 14-B, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, preliminarily enjoining defendant All Children's Hospital, Inc. from pursuing the arbitration pending before FINRA, *All Children's Hospital, Inc.* v. *Citigroup Global Markets Inc.*, Case No. 13-02900.

Pursuant to the Court's directions, all answering papers shall be served no later than January 16, 2014, all reply papers shall be served no later than January 24, 2014, and oral argument has been set for February 3, 2014 at 5:00 p.m.

Dated: December 26, 2013
      New York, New York

           Respectfully submitted,

           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

           By: /s/ Audra J. Soloway

                Audra J. Soloway
                Leila J. Faridi
                Eli B. Richlin
                asoloway@paulweiss.com
                lfaridi@paulweiss.com
                erichlin@paulweiss.com

           1285 Avenue of the Americas
           New York, New York 10019
           Telephone: (212) 373-3000
           Facsimile: (212) 757-3990

           *Attorneys for Plaintiff Citigroup Global Markets Inc.*

TO:     Joseph C. Peiffer
         Daniel Carr
         Peiffer, Rosca, Abdullah & Carr
         201 St. Charles Ave., 46th Floor
         New Orleans, LA 70170-4600

         Peter Mougey
         James Kauffman
         Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
         316 South Baylen Street, Suite 600
         Pensacola, FL 32502

         James L. Magazine
         Lucas, Green & Magazine
         Liberty Professional Building
         8606 Government Drive
         New Port Richey, FL 34654

         Christopher Ligori
         Christopher Ligori & Associates
         117 S. Willow Avenue
         Tampa, FL 33606